**FILED**
**JUN 1 4 2017**
Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:17CR 105 |
| | § | Judge Mazzant |
| DEREK MYLAN ALLDRED | § | |

## INDICTMENT

The United States Grand Jury Charges:

### COUNT ONE

Violation: 18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about the 24th day of April 2017, in the Eastern District of Texas, **Derek Mylan Alldred**, defendant, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce the following firearms: a Glock 27 semi-automatic pistol, serial number TVT514 and a Sig Sauer P-238 semi-automatic pistol, serial number 27B013193; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT TWO

Violation: 18 U.S.C. § 1029(a)(2)
(Access Device Fraud)

Beginning on or about the 1st day of April, 2017, and continuing until on or about the 27th day of May, 2017, in the Eastern District of Texas, and elsewhere, **Derek Mylan**

**Alldred**, defendant, knowingly and with intent to defraud, used unauthorized access devices, namely: credit cards, and by such conduct, from on or about April 1, 2017, and ending on or about May 31, 2017, obtained things of value, their value together totaling $1,000 or more, said use affecting interstate and foreign commerce, in that the credit cards were used to purchase goods and services through eBay and PayPal in violation of 18 U.S.C. § 1029(a)(2) and (c)(1)(a)(i).

## COUNT THREE

Violation: 18 U.S.C. § 1028A
(Aggravated Identity Theft)

On or about May 11, 2017, in the Eastern District of Texas, **Derek Mylan Alldred**, the defendant, knowingly used, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit 18 U.S.C. § 1029(a)(2) Fraud and related activity in connection with access devices, knowing that the means of identification belonged to another actual person, in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT FOUR

Violation: 18 U.S.C. § 1028A
(Aggravated Identity Theft)

On or about April 24, 2017, in the Eastern District of Texas, **Derek Mylan Alldred**, the defendant, knowingly used, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in

18 U.S.C. § 1028A(c), to wit 18 U.S.C. § 1029(a)(2) Fraud and related activity in connection with access devices, knowing that the means of identification belonged to another actual person, in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT FIVE

Violation: 18 U.S.C. § 1028A<br>(Aggravated Identity Theft)

On or about April 29, 2017, in the Eastern District of Texas, **Derek Mylan Alldred**, the defendant, knowingly used, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit 18 U.S.C. § 1029(a)(2) Fraud and related activity in connection with access devices, knowing that the means of identification belonged to another actual person, in violation of Title 18, United States Code, Section 1028A(a)(1).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Criminal Forfeiture Pursuant to 18 U.S.C. § 981(2)(1)(C) and 28 U.S.C. § 2461

**Derek Mylan Alldred** may have acquired property constituting, or derived from, proceeds obtained directly or indirectly from the commission of the offense charged in this indictment. All such proceeds are subject to forfeiture by the government.

A TRUE BILL

_____
FOREMAN

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

_____   ____6/14/17____
WILLIAM R. TATUM                  Date
Assistant United States Attorney

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:17CR |
| | § | |
| DEREK MYLAN ALLDRED | § | |

### NOTICE OF PENALTY

#### Count One

Violation:   18 U.S.C. § 922(g)(1) & 18 U.S.C. § 922(j)

Penalty:   Imprisonment of not more than ten years, a fine not to exceed $250,000, or both; a term of supervised release of not more than three years.

   If it is shown the defendant has three previous convictions by any court for a violent felony or a serious drug offense, or both, committed on occasions different from one another - Imprisonment of 15 years to life, a fine not to exceed $250,000.00, or both; a term of supervised release of at least 3 years but not more than 5 years.

Special Assessment: $100.00

#### Count Two

Violation:   18 U.S.C. § 1029

Penalty:   Imprisonment for a term of not more than 10 years, a fine not to exceed $250,000, or both; supervised release of not more than 3 years.

Special Assessment: $100.00

## Counts Three through Five

Violation:  18 U.S.C. § 1028A

Penalty:  Imprisonment for a term of 24 months to run consecutive with any other term of imprisonment imposed.

Special Assessment: $100.00 per count