IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No.   4:17CCR105 |
| v. | § | Judge Mazzant |
| | § | |
| DEREK MYLAN ALLDRED | § | |

## ELEMENTS OF THE OFFENSE

The Defendant, Derek Mylan Alldred, is charged in Counts Three and Four of the Superseding Indictment with a violation of 18 U.S.C. § 1028A, Aggravated Identity Theft. The essential elements which must be proved beyond a reasonable doubt in order to establish a violation of that section are:

First: That the Defendant knowingly transferred, possessed, or used;

Second: Without lawful authority;

Third: Means of identification of another person;

Fourth: During and in relation to a felony enumerated in 18 U.S.C 1028A(c), specifically Access Device Fraud.

The Defendant, Derek Mylan Alldred, is also charged in Count Six of the Superseding Indictment of the indictment with a violation of 18 U.S.C. § 1341, Mail Fraud.  The United States must prove the following essential elements beyond a reasonable doubt in order to establish a violation of section 1341:

First: That the defendant knowingly devised or intended to devise a scheme to defraud.

    Second:    That the scheme to defraud employed false material representation, pretenses, and promises

    Third:    That the defendant mailed something or caused something to be sent or delivered through the United States Postal Service or a private or commercial carrier for the purpose of executing such scheme or attempting so to do;   and,

    Fourth:    That the defendant acted with a specific intent to defraud.

A "scheme to defraud" means any plan, pattern or course of action intended to deprive another of money or property.   It also involves any scheme to deprive a shareholders of the intangible right to honest services through soliciting or accepting bribes or kickbacks.

A "specific intent to defraud" means a conscious, knowing intent to deceive or cheat someone.

A pretense or representation is "false" if it is known to be untrue or is made with reckless indifference as to its truth or falsity.   A pretense or representation would be "false" if it constitutes a half truth or effectively omits or conceals a material fact, provided it is made with the intent to defraud.

Respectfully submitted,

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY


/s/ William R. Tatum
WILLIAM R. TATUM
Assistant United States Attorney
600 East Taylor, Suite 2000
Sherman, Texas 75090
Texas Bar No. 24037585
Telephone: 903/868-9454
Facsimile: 903/892-2792
William.Tatum@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was electronically filed and defendant's counsel electronically notified, on this the 16th day of November, 2017.

/s/ William R. Tatum
WILLIAM R. TATUM