


IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:17CR105<br>Judge Mazzant |
| DEREK MYLAN ALLDRED | § § | |

## FACTUAL BASIS

The defendant, **DEREK MYLAN ALLDRED**, hereby stipulates and agrees that at all times relevant to the Superseding Indictment herein, the following facts were true:

1. That the defendant, **DEREK MYLAN ALLDRED**, who is changing his plea to guilty, is the same person charged in the Superseding Indictment.

2. That the events described in the Superseding Indictment occurred in the Eastern and Northern Districts of Texas and elsewhere.

3. That on April 24, 2017 and May 11, 2017, **DEREK MYLAN ALDREDD** knowingly used, without lawful authority, a means of identification of another person during and in relation to the felony offense of access device fraud, knowing the means of identification belonged to another actual person.

4. That **DEREK MYLAN ALDREDD** with the intent to defraud, devised a scheme to defraud and obtain money by materially false and fraudulent pretenses, representations, and promises. As part of the executing the scheme to defraud, on April 18, 2017, Aldredd knowingly caused to be delivered by mail or by any private carrier items he purchased on the internet.

Factual Basis – Page 1

5. Beginning in April 2017, Derek Mylan Alldred engaged in a relationship with an individual he met through an online dating website. Alldred falsely presented himself as a person name Richard Tailor. Alldred falsely claimed to be employed as a college professor and a Captain in the Naval Reserves. He has never been employed in either of these occupations. Alldred routinely wore a military uniform and carried counterfeit badges in order to continue the scheme to defraud. During the relationship Alldred used two of the individual's credit cards, without permission, to order various items online and have them shipped to the individual's residence in The Colony, Texas.

**DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT**

6. I have read this Factual Basis and the Superseding Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: _11/13/17_

_____
DEREK MYLAN ALDREDD
Defendant

**COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT**

7. I have read this Factual Basis and the Superseding Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Superseding Indictment.

Dated: _13 Nov 17_

_____
ROBERT ARRAMBIDE
Attorney for the defendant

Factual Basis – Page 2