IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * CASE NO. |
|     Plaintiff, | * 4:17-CR-105-1 ALM-KPJ |
| | * SHERMAN, TEXAS |
|     v. | * THURSDAY |
| | * SEPTEMBER 21, 2017 |
| DEREK MYLAN ALLDRED, | * 10:30 A.M. TO 10:37 A.M. |
| | * |
|     Defendant. | * |

---------------------------------------------------------

TRANSCRIPT OF ARRAIGNMENT HEARING

BEFORE THE HONORABLE CHRISTINE A. NOWAK

UNITED STATES MAGISTRATE JUDGE

SEPTEMBER 21, 2017

---------------------------------------------------------

TRANSCRIPTION SERVICE BY:

DIPTI PATEL
7306 DANWOOD DRIVE
AUSTIN, TEXAS 78759
Tel: 847-848-4907

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

```
                    A P P E A R A N C E S

For the Government:

     William Richardson Tatum, Esquire
     U.S. Attorney's Office - Sherman
     600 East Taylor, Suite 2000
     Sherman, Texas 75090

For the Defendant:

     Robert Arrambide, Esquire
     Federal Public Defender - Sherman
     600 East Taylor, Suite 4000
     Sherman, Texas 75090
```

1

```
 1     SHERMAN, TEXAS; THURSDAY, SEPTEMBER 21, 2017; 10:30

 2                          A.M.

 3        (Call to Order of the Court)

 4            THE COURT:  All right.  So we have one more

 5   cause on this morning's docket, Cause Number 4:17-CR-

 6   105, the United States of America versus Derek Mylan

 7   Alldred.

 8            If I can have an appearance on behalf of

 9   the Government.

10            MR. TATUM:  William Tatum for the

11   Government.

12            THE COURT:  And appearance on behalf of Mr.

13   Alldred.

14            MR. ARRAMBIDE:  Robert Arrambide for Mr.

15   Alldred, Your Honor.

16            THE COURT:  All right.  Mr. Alldred, can

17   you state your full name for my record, please?

18            THE DEFENDANT:  Derek Mylan Alldred.

19            THE COURT:  Am I correct that you speak and

20   understand English, sir?

21            THE DEFENDANT:  Yes, ma'am.

22            THE COURT:  So you don't need an

23   interpreter today?

24            THE DEFENDANT:  No, ma'am.

25            THE COURT:  All right.  So, Mr. Alldred,
```

1   we're actually set for two items as it relates to

2   your case here today.  We're set to arraign you on

3   this First Superseding Indictment, sir, as well as

4   there is currently a motion pending before the Court

5   to reopen your detention hearing.

6           So let me -- we're going to take up that

7   detention issue first.  Does the Government persist

8   in its desire to detain Mr. Alldred?

9           MR. TATUM:  Yes, Your Honor.

10          THE COURT:  All right.  And, Mr. Arrambide,

11  are you prepared to press forward on that -- on a

12  hearing on your Motion To Reopen at this time?

13          MR. ARRAMBIDE:  We would prefer that it be

14  continued, Your Honor.  My understanding is that the

15  pre-trial officer has just completed a more extensive

16  interview of Mr. Alldred, and she needs time to

17  verify where he intends to live.  So we would ask

18  that be continued until that report is ready.

19          THE COURT:  And the Court has discussed

20  with Pretrial Services when that report can be

21  prepared and ready for everyone to review.  And so,

22  Mr. Alldred, we're going to be continuing your case

23  to Wednesday of next week.  And so I'm not certain of

24  the time yet, but it will be Wednesday of next week.

25  And what we'll do is we'll communicate the time to

1    Mr. Arrambide and he can let you know when that is.

2              All right.  So that takes care of the

3    Motion To Reopen.  That means I'm going to see you

4    next week.  Mr. Alldred, now let's go ahead and turn

5    and talk about this First Superseding Indictment so

6    we can go ahead and have you arraigned on that.

7              And if you can raise your right hand to the

8    best of your ability, sir, so that I could have you

9    sworn and we can talk about that.

10        (Defendant sworn.)

11             THE COURT:  All right.  So, Mr. Alldred,

12   I'm going to just start off by reminding you of your

13   constitutional rights.  You have the right to remain

14   silent.  You don't have to say anything at all about

15   the charges that are pending against you in this

16   First Superseding Indictment.  Anything you do say

17   may later be used against you.  Do you understand you

18   have the right to remain silent, sir?

19             THE DEFENDANT:  Yes, ma'am.

20             THE COURT:  Do you also understand you have

21   a constitutional right to have counsel with you at

22   every stage of the proceedings and if you're not able

23   to afford counsel, to request that counsel be

24   appointed for you?

25             THE DEFENDANT:  I do.

```
 1              THE COURT:  And you do also understand the

 2   Court has, in fact, appointed counsel and Mr. Robert

 3   Arrambide, your counsel, is present here with you

 4   today?

 5              THE DEFENDANT:  Yes, ma'am.

 6              THE COURT:  So let's look at this First

 7   Superseding Indictment, Mr. Alldred.  Have you had a

 8   chance to read it?

 9              THE DEFENDANT:  I have.

10              THE COURT:  And to discuss it with Mr.

11   Arrambide?

12              THE DEFENDANT:  Yes, ma'am.

13              THE COURT:  So because of that, you and I

14   can talk about it one of two ways.  And how we do it

15   is entirely your choice.  I could have the whole

16   thing read to you word for word or if you'd rather,

17   you can waive the full reading.  If you waive it, I'm

18   going to have the Government summarize the charges

19   pending against you and the range of penalties and

20   consequences.  What do you want to do?

21              THE DEFENDANT:  I'll waive it, Your Honor.

22              THE COURT:  In light of the fact that

23   you've waived, at this time I'll ask the Government

24   to summarize the charges pending against Mr. Alldred

25   in this First Superseding Indictment and also to
```

1  advise him of the full range of penalties and

2  consequences he could be subjected to for those

3  charges.

4          MR. TATUM:  Yes, Your Honor.  The Defendant

5  is charged in a ten-count indictment.  Count 1 is a

6  violation of 18 United States Code Section 922(g)(1),

7  Felon in Possession of a Firearm. Count 2 is a

8  violation of 18 United States Code Section

9  1029(a)(2), Access Device Fraud. Count 3 is a

10 violation -- I'm sorry, Counts 3, 4, and 5 are all

11 violations of 18 United States Code Section 1028 (a),

12 Aggravated Identity Theft.  Counts 6 through 10 are a

13 violation of 18 United States Code Section 1341, Mail

14 Fraud.

15         The penalty for a violation of these

16 sections is as follows.  For Count 1, it is

17 imprisonment of not more than 10 years; a fine not to

18 exceed $250,000 or both; and a term of supervised

19 release of not more than three years.

20         If it is shown that Defendant has three

21 previous convictions by any court for a violent

22 felony or a serious drug offense or both committed on

23 occasions different from one another, then it is

24 imprisonment of 15 years to life, a fine not to

25 exceed $250,000 or both; and a term of supervised

1    release of at least three years but not more than

2    five years.

3            Count 2, for a violation of 18 United

4    States Code Section 1029, the penalty is imprisonment

5    for a term of not more than ten years; a fine not to

6    exceed $250,000 or both; and supervised release of

7    not more than three years.

8            Counts 3 through 5 for a violation of 8

9    United States Code Section 1028(a), the penalty is

10   imprisonment for a term of 24 months to run

11   consecutive with any other term of imprisonment

12   imposed.

13           And Counts 6 through 10, the penalty is

14   imprisonment for a term of not more than 20 years; a

15   fine not to exceed $250,000 or both; and supervised

16   release of not more than three years.  In each of

17   those situations, there's also a special assessment

18   of $100.

19           THE COURT:  So, Mr. Alldred, let's talk

20   about the information the Government's just provided.

21   Do you generally understand the nature of the charges

22   that are pending against you in each of Counts 1

23   through 10?

24           THE DEFENDANT:  Yes, ma'am.

25           THE COURT:  And do you also understand the

```
1   full range of penalties and consequences you could be

2   subjected to including the fact that the Government

3   is seeking criminal forfeiture in your case?

4           THE DEFENDANT:  Yes, Your Honor.

5           THE COURT:  Now then, Mr. Alldred, I'll ask

6   you at this time, you are named in Counts 1 through

7   10 of this First Superseding Indictment, sir.  How do

8   you now plead to each of Counts 1 through 10, guilty

9   or not guilty?

10          THE DEFENDANT:  Not guilty.

11          THE COURT:  The Court's going to accept

12  your plea of not guilty to Counts 1 through 10 of the

13  First Superseding Indictment.  A pre-trial order was

14  previously ordered in your case which is assigned to

15  United States District Judge Amos Mazzant, and that

16  pre-trial order will remain in place.

17          Is there anything further from the

18  Government as it relates to Mr. Alldred at this time?

19          MR. TATUM:  No, Your Honor.

20          THE COURT:  Anything, Mr. Arrambide?

21          MR. ARRAMBIDE:  No, Your Honor.

22          THE COURT:  All right.  Then, Mr. Alldred,

23  I'm going to have you remanded to the custody of the

24  United States marshals, and I'm going to see you back

25  here on Wednesday.
```

1          THE DEFENDANT:  Thank you very much.

2          THE COURT:  Thank you.  The Court will be

3 adjourned.

4      (Proceedings adjourned at 11:15 a.m.)

5                         *****

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

9

```
 1              CERTIFICATE OF TRANSCRIBER

 2

 3         I, Dipti Patel, court-approved transcriber,

 4  certify that the foregoing is a full and correct

 5  transcript from the official electronic sound

 6  recording of the proceedings in the above-entitled

 7  matter.

 8

 9

10  /s/ Dipti Patel

11  Dipti Patel, CET-997

12  847.848.4907

13

14

15  Date:  October 4, 2018

16

17

18

19

20

21

22

23

24

25
```