IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | NO. 4:17CR105 |
| | § | Judge Mazzant |
| DEREK MYLAN ALLDRED | § | |

## RESPONSE TO DEFENDANT'S MOTION FOR PRODUCTION OF CREDIT CARD AND FINANCIAL STATEMENTS

Defendant has filed a pro se motion requesting the Court to order the government to provide the defendant with copies of credit card statements of the victim in this cause.

## BACKGROUND

A federal grand jury indicted the defendant for access device fraud, in violation of 18 U.S.C. § 1029(a)(1), Mail Fraud in violation of 18 U.S.C. § 1343, Felon in Possession of a Firearm, in violation of 18 U.S.C. § and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A.   The defendant entered a guilty plea to the Mail Fraud counts as well as two counts of Aggravated Identity Theft and was sentenced to confinement in the Bureau of Prisons.

## DISCUSSION

The Defendant requests the Court to order the government to provide "redacted versions of all credit card billing statements from victim Dori Watkins, specifically Chase Visa and other Visa statements, showing only charges and payments from April 01, 2017 through May 30, 2017." (Dkt. 107, 3-4).

The government received invoices from the victim showing purchases made via eBay and PayPal with the user of her credit cards. The purchases were made by the defendant under his false alias of "Rich Tailor" and were not authorized. The government also received photographs of packaging that coincided with the unauthorized purchases and were addressed to "Rich Tailor" at the victim's address. The packaging also utilized "Rich Tailor", the false name provided by the defendant to the victim during the time he was in a relationship with her. The government has not requested credit card billing statements from Chase Visa that the defendant seems to believe are in the government's possession. All of the aforementioned invoices and photographs were provided to the defendant, via his counsel, in discovery.

## CONCLUSION

Based on the foregoing, the United States respectfully requests that the Court deny the defendant's request.

Respectfully submitted,

STEPHEN J. COX
United States Attorney

/s/ William R. Tatum
WILLIAM R. TATUM
Assistant United States Attorney
Texas Bar No. 24037585
600 E. Taylor Street, Suite 2000
Sherman, Texas 75090
(903) 868-9454
(903) 892-2792 (fax)
William.Tatum@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that I filed a true and correct copy of this document through the district court's Case Management/Electronic Case File ("CM/ECF") system on July 6, 2020.   All case participants should have received notice of the filing through the CM/ECF system.

/s/ William R. Tatum
WILLIAM R. TATUM