# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 11, 2021
Lyle W. Cayce
Clerk

No. 20-40291

United States of America,

    *Plaintiff—Appellee*,

versus

Derek Mylan Alldred,

    *Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:17-CR-105-1

_____

CLERK'S OFFICE:

    Under Fed. R. App. P. 42(b), the appeal is dismissed as of February 11, 2021, pursuant to appellant's motion.

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

By: _____
       Donna L. Mendez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

February 11, 2021

Mr. David O'Toole
Eastern District of Texas, Sherman
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

    No. 20-40291   USA v. Alldred
                             USDC No. 4:17-CR-105-1

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Donna L. Mendez, Deputy Clerk
504-310-7677

cc w/encl:  Mr. Derek Mylan Alldred
               Mr. Stephan Edward Oestreicher Jr.
             Mr. William Richardson Tatum