UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



**FILED**

JUN 14 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEREK MYLAN ALLDRED
    PETITIONER

V

UNITED STATES OF AMERICA
    RESPONDENT

No. 4:17-cr-00105

MOTION REQUESTING PRIOR DISCOVERY
AND ATTORNEY FILE FOR PURPOSES OF
28 U.S.C. §2255 APPEAL

COMES NOW, THE DEFENDANT, DEREK MYLAN ALLDRED, PRO SE, IN THIS

MOTION REQUESTING PRIOR DISCOVERY AND ATTORNEY/CLIENT FILE FROM THE GOVERNMENT

AND FEDERAL DEFENDERS OFFICE RESPECTFULLY FOR THE SOLE PURPOSE OF APPEAL. PRIOR

TO SUBMITTING THIS REQUEST, THE PETITIONER HAS MADE MULTIPLE GOOD FAITH

ATTEMPTS TO SECURE THIS DATA FROM BOTH THE FEDERAL DEFENDERS OFFICE AND

THE GOVERNMENT VIA COMMUNICATION IN THE U.S. MAIL. ALL REQUESTS/

ATTEMPTS HAVE BEEN MET WITH NO RESPONSE FROM EITHER OFFICE.

The Petitioner specifically requests the documents referred to as "invoices" in the Government's response in Doc. 108, Pg. 2 of 3, PageID#626, Line 1 that were provided by victim Dan Watkins. The Petitioner also requests the documents/invoices/statements related to the restitution ordered for Cindi Pardini totaling $242,311.41.

Both this Court and the Government have stated in previous orders/responses that the documents can be requested/viewed through prior counsel (see Pg. ID #584 Doc. 98, Pg 1 of 1; Honorable Amos Mazzant's orders). Prior counsel has either refused, ignored or refused all requests to the Court, while the Government refers Petitioner back to previous counsel to view/obtain documents. This cycle has continued for over 2-years as evidenced by Petitioner's many filings regarding this very issue with no results. Without the Court's order and intervention, the broken cycle will continue with Petitioner unable to view these pertinent documents needed in continued development of

H/S 28 U.S.C. §2255.

The Petitioner requests the Court also make an Order to previous Counsel (Robert G. Allmbine) / Federal Defenders to forward to Petitioner copies of the Attorney/Client file including all attorney work product & investigative work product. Specifically, Petitioner requests the August 2018 Discovery letter from the Ritz Carlton Lake Tahoe (Re: Petitioner & Cindi Paldin's 2013 stay). Again, Petitioner has requested these documents many times via Certified U.S. Mail with no response from prior counsel or the Federal Defenders Office.

The Petitioner prays the Court grants his Order so he may continue to develop his existing 28 U.S.C. §2255 and build new avenues in his appeal of Ineffective Assistance of Counsel.

Respectfully Submitted this 7th day of June, 2021,

Derek Milan Allred, Pro Se