

Derek Alldred #27177-018
Federal Collection Institute
P.O. Box 5000
Sheridan, OR 97378-5000

CERTIFIED MAIL
7018 0360 0000 1703 4170

United States District Court - Eastern District of Texas
Attn: Clerk of Courts
101 E. Pecan Street, Suite 112
Sherman, TX 75090

RECEIVED
JUN 14 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

LEGAL MAIL          LEGAL MAIL